**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

BARRY LEE CRESPO,          :    No. 86 WM 2020

        Petitioner        :

        v.             :

COURT OF COMMON PLEAS BEDFORD    :
COUNTY AND DISTRICT ATTORNEY     :
BEDFORD COUNTY,              :

       Respondents     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2020, the Application for Leave to File Original Process is GRANTED, and the "Consolidated Petition for Review and Brief in Support Pursuant to Rule 3811," treated as a Petition for Writ of Mandamus, is DENIED.